**Luis NEGRON–ORTIZ,**
**Claimant–Appellee,**

v.

**James B. PEAKE, M.D., Secretary of**
**Veterans Affairs, Respondent–**
**Appellant.**

No. 2005–7141.

United States Court of Appeals,
Federal Circuit.

March 11, 2008.

Before PROST, Circuit Judge,
FRIEDMAN, Senior Circuit Judge, and
MOORE, Circuit Judge.

ON MOTION

PER CURIAM.

*ORDER*

The Secretary of Veterans Affairs responds to the court's December 3, 2007 order and requests that the judgment of the United States Court of Appeals for Veterans Claims (CAVC) in *Negron–Ortiz v. Principi,* 02–777 be summarily affirmed. Luis Negron–Ortiz has not responded.

This case was stayed pending the court's disposition in *Sanders v. Nicholson,* 487 F.3d 881 (Fed.Cir.2007) and its companion case *Simmons v. Nicholson,* 487 F.3d 892 (Fed.Cir.2007). In *Sanders,* this court held that any 38 U.S.C. § 5103(a) error should be presumed prejudicial and the Secretary has the burden of rebutting this presumption. *Id.* at 891.

The Secretary concedes that the only issue raised in this appeal is identical to the issue decided in *Sanders* and *Simmons.* Under these circumstances, summary affirmance is appropriate.

Accordingly,

IT IS ORDERED THAT:

(1) The stay of proceedings is lifted.

(2) The judgment of the CAVC is summarily affirmed. The case is remanded for further proceedings.

(3) Each side shall bear its own costs.